IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

AARON FLEMONS                                                                                    PLAINTIFF
ADC # 119749

v.                                         2:25CV00167-BSM-JTK

HATCHETT, et al.                                                                              DEFENDANTS

# ORDER

Aaron Flemons's ("Plaintiff") Motion to Amend Complaint (Doc. No. 23) is GRANTED. The Clerk of the Court is directed to file on the docket the proposed Amended Complaint attached to Plaintiff's Motion.

Because an Amended Complaint supersedes earlier pleadings, In Home Health, Inc. v. Prudential Ins. Co. of America, 101 F.3d 600, 603 (8th Cir. 1996), the Clerk of the Court is directed to withdraw the Court's Proposed Findings and Recommendations (Doc. No. 17) and terminate the associated Motion.

IT IS SO ORDERED this 12th day of November, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE