## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**AARON FLEMONS**                                                        **PLAINTIFF**
ADC #119749

**v.**                              **CASE NO. 2:25-CV-00167-BSM-JTK**

**EMMA HATCHETT,** *et al.*                                      **DEFENDANTS**

## ORDER

Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 69] is adopted and the clerk is directed to terminate defendants Rushefsky, Hammock, and the ADC as parties.

IT IS SO ORDERED this 23rd day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE