**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

AARON FLEMONS                                                                     PLAINTIFF
ADC # 119749

v.                                         2:25CV00167-BSM-JTK

HATCHETT, et al.                                                                 DEFENDANTS

**<u>ORDER</u>**

Having reviewed Aaron Flemmons's ("Plaintiff") Second Amended Complaint (Doc. No. 65) for screening purposes,[1] the Court concludes service of Plaintiff's claims against Defendant Megan Belcher is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Megan Belcher.   The United States Marshal shall serve a copy of the Second Amended Complaint (Doc. No. 65), Summons, and this Order on Defendant Belcher without prepayment of fees and costs or security therefore.   Service should be attempted through: Hardin, Jesson & Terry, PLC, Attn: Kirkman Dougherty, 5000 Rogers Avenue, Suite 500, Fort Smith, Arkansas 72903.

Dated this 1st day of May, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. § 1915A(a).