## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**AARON FLEMONS**                                                                            **PLAINTIFF**
ADC #119749

**v.**                                    **CASE NO. 2:25-CV-00167-BSM-JTK**

**EMMA HATCHETT,** *et al.*                                                              **DEFENDANTS**

### ORDER

Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc.

No. 106] is adopted and Aundrea Culclager's motion to dismiss [Doc. No. 86] is granted.

Aaron Flemon's claims against Culclager are dismissed without prejudice and the clerk is

directed to terminate Culclager as a party.

IT IS SO ORDERED this 22nd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE