### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**AARON FLEMONS**                                                                 **PLAINTIFF**
ADC #119749

**v.**                          **CASE NO. 2:25-CV-00167-BSM-JTK**

**EMMA HATCHETT,** *et al.*                                              **DEFENDANTS**

### ORDER

Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 84] is adopted. Aaron Flemons's motion for temporary restraining order [Doc. No. 72] is denied and Flemons's motion for appointment of an expert witness [Doc. No. 73] is denied.

IT IS SO ORDERED this 7th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE